# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ricardo Martin, individually and on behalf of all others similarly situated; and Guadalupe Ramirez, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>Wells Fargo Bank, National Association; and Does 1 through 25,<br><br>   Defendants. | No. 5:19-CV-01969-JAK (KKx)<br><br>**JUDGMENT**<br><br>JS-6 |

**JUDGMENT IS HEREBY ENTERED** as follows:

1. Plaintiffs Ricardo Martin and Guadalupe Ramirez shall take nothing by this action against Wells Fargo.
2. Judgment is entered in favor of Wells Fargo.
3. This action is dismissed in its entirety with prejudice on the merits.
4. Plaintiffs and Wells Fargo shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: May 16, 2024

_____
John A. Kronstadt
United States District Judge